UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

EDWARD COOPER,

                            Plaintiff,

-against-

Police Officer ADAM CONLIN, Shield No. 7146; Police Officer PIERO LASAPONARA, Shield No. 7631; Sergeant STEPHEN RINALDI, Shield No. 5022; and Police Officers JOHN and JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                            Defendants.

---------------------------------------------------------------- x

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y

★ MAY 29 2013 ★

BROOKLYN OFFICE

**STIPULATION AND ORDER OF DISMISSAL**

12 CV 2554 (SLT)(RER)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.     The above-referenced action is hereby dismissed with prejudice; and

[continued on next page]

2.       Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| HARVIS, WRIGHT, SALEEM & FETT LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, N.Y. 10007<br>(212) 323-6880<br><br>By: *[signature]*<br>Afsaan Saleem<br>*Attorney for Plaintiffs* | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>*Attorney for Defendants Police Officer Adam Conlin, Police Officer Piero Lasaponara and Sergeant Stephen Rinaldi*<br>100 Church Street, Rm. 3-198<br>New York, New York 10007<br>(212) 788-0735<br><br>By: *[signature]*<br>James F. Desmond, Jr.<br>*Assistant Corporation Counsel* |

SO ORDERED:

Dated: New York, New York
       May 24, 2013

/s/(SLT)

HON. SANDRA L. TOWNES
UNITED STATES DISTRICT JUDGE

2